**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6507**

---

CHRISTOPHER DEWAYNE LUMPKIN,

Petitioner - Appellant,

v.

COMMONWEALTH OF VIRGINIA,

Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, Senior District Judge.  (3:25-cv-00063-HEH-MRC)

---

Submitted:  July 29, 2025                          Decided:  August 20, 2025

---

Before KING, WYNN, and BERNER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Christopher Dewayne Lumpkin, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Dewayne Lumpkin appeals the district court's order dismissing without prejudice his 28 U.S.C. § 2254 petition.[*] The district court dismissed Lumpkin's § 2254 petition because he failed to comply with the magistrate judge's order to complete and submit the standardized form for a § 2254 petition. We have reviewed the record and discern no reversible error. Accordingly, we deny a certificate of appealability as unnecessary, *see Harbison v. Bell*, 556 U.S. 180, 183 (2009), and affirm the district court's order. *Lumpkin v. Virginia*, No. 3:25-cv-00063-HEH-MRC (E.D. Va. June 2, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Lumpkin's filing was titled, "Motion to Set Aside Verdict and for New Trial." The magistrate judge construed it as a 28 U.S.C. § 2254 petition based on its contents.